**Order entered April 20, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00236-CV

**TERRI J. VAUGHN-RILEY, Appellant**

**V.**

**LAWAINNA PATTERSON, ET AL., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-16947**

### ORDER

Before the Court is appellant's April 16, 2020 unopposed motion to extend time to file her opening brief. We **GRANT** the motion and extend the time to May 8, 2020.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE